United States District Court
Southern District of Texas
**ENTERED**
May 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RICARDO FLORES,<br>　　　Plaintiff<br><br>v.<br><br>STATE FARM LLOYDS,<br>　　　Defendant | §<br>§<br>§<br>§　　Civil Action No. 7:15-cv-00441<br>§<br>§<br>§<br>§ |

<u>O R D E R</u>

The Court Considering the ~~foregoing~~ Rule 41(a) Stipulation of Voluntary Dismissal, *filed in the above referenced case,*

IT IS ORDERED that the above-entitled cause is hereby dismissed without prejudice, with each party to bear its own costs.

McAllen, Texas this ___4th___ day of ___May___, 2016.

_____
HON. RICARDO HINOJOSA
United States District Judge